**FILED**
CLERK, U.S. DISTRICT COURT
2/2/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ vav _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>MAKAI DOMION SHELTON,<br>  aka "ogxkaix,"<br>  aka "Kai,"<br><br>      Defendant. | No. 2:20-CR-00346(C)-DMG<br><br>S E C O N D<br>S U P E R S E D I N G<br>I N F O R M A T I O N<br><br>[21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Lysergic Acid Diethylamide; 21 U.S.C. §§ 841(a)(1), (b)(1)(C): Possession with Intent to Distribute Fentanyl] |

The United States Attorney charges:

COUNT ONE

[21 U.S.C. § 846]

A. OBJECT OF THE CONSPIRACY

Beginning on a date unknown and continuing until on or about September 4, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant MAKAI DOMION SHELTON, also known as ("aka") "ogxkaix," aka "Kai," conspired with Jordan Nicholas McCormick, Gustavo Jaciel Solis, and others known and unknown to knowingly and intentionally distribute and possess with intent to distribute at least ten grams of a mixture and substance containing a

detectable amount of lysergic acid diethylamide ("LSD"), a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(v).

B.  MANNER AND MEANS OF THE CONSPIRACY

The object of the conspiracy was to be accomplished, in substance, as follows:

1.  McCormick, either directly or through his courier, defendant SHELTON, and Solis, either directly or through his couriers, would obtain controlled substances, including LSD, for further distribution.

2.  Defendant SHELTON would pick up controlled substances, including LSD, from McCormick, Solis, or others for further distribution.

3.  Defendant SHELTON would deliver controlled substances, including LSD, to customers.

4.  Defendant SHELTON and McCormick would communicate regarding distribution of controlled substances, including LSD, through their respective Snapchat accounts.

C.  OVERT ACTS

In furtherance of the conspiracy and to accomplish its object, on or about the following dates, defendant SHELTON, Solis, McCormick, and others known and unknown, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:  On April 27, 2020, defendant SHELTON, using coded language in Snapchat text messages and at co-conspirator McCormick's direction, delivered 46 tabs of LSD, priced at $352, to a customer in Sylmar, California.

>**Overt Act No. 2:** On May 12, 2020, defendant SHELTON, using coded language in Snapchat text messages and at co-conspirator McCormick's direction, picked up a "vial" of LSD and an ounce of MDMA, collectively priced at $1200, from co-conspirator Solis for further distribution to another customer.

>**Overt Act No. 3:** On September 2, 2020, co-conspirator McCormick, using coded language in Snapchat text messages, told defendant SHELTON, "might need ya to pick up a bunch of acid from Coachella boy[.]"

>**Overt Act No. 4:** On September 3, 2020, co-conspirator McCormick, using coded language in Snapchat text messages, told defendant SHELTON to deliver LSD and concentrated tetrahydrocannabinol, collectively priced at $515, to a customer.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about May 22, 2020, in Los Angeles County, within the Central District of California, defendant MAKAI DOMION SHELTON, also known as ("aka") "ogxkaix," aka "Kai," knowingly and intentionally possessed with intent to distribute fentanyl, a Schedule II narcotic drug controlled substance.

E. MARTIN ESTRADA
United States Attorney

*/s/ Mack E. Jenkins*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SHAWN J. NELSON
Assistant United States Attorney
Chief, International Narcotics,
Money Laundering, & Racketeering
Section

BRITTNEY M. HARRIS
Assistant United States Attorney
Deputy Chief, International
Narcotics, Money Laundering, &
Racketeering Section

PATRICK CASTAÑEDA
GREGG E. MARMARO
Assistant United States Attorneys
International Narcotics, Money
Laundering, & Racketeering Section

4